## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CRAIG FOSTER,** )<br>**STAN MORRIS,** )<br>**LOLON TIMMONS,** )<br>**RANDALL PARKER and** )<br>**LAWRENCE PYLE,** )<br>)<br>**Defendants.** ) | **8:06CR71**<br><br>**ORDER** |

In light of the arraignment of co-defendant, Randall Parker, on September 5, 2007,

**IT IS ORDERED** that the jury trial now set for October 23, 2007 is cancelled as to defendants Foster, Morris, Timmons and Pyle.  A trial date will be scheduled by further order after September 25, 2007 or after the resolution of any substantive pretrial motions filed by Randall Parker, whichever is later.

**DATED September 6, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**