IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CRAIG FOSTER, | ) | 8:06CR71 |
| STAN MORRIS, | ) | |
| LOLON TIMMONS, | ) | ORDER |
| RANDALL PARKER and | ) | |
| LAWRENCE PYLE, | ) | |
| | ) | |
| Defendants. | ) | |

In light of the arraignment of co-defendant, Randall Parker, on September 5, 2007,

**IT IS ORDERED** that the jury trial now set for October 23, 2007 is cancelled as to defendants Foster, Morris, Timmons and Pyle.  A trial date will be scheduled by further order after September 25, 2007 or after the resolution of any substantive pretrial motions filed by Randall Parker, whichever is later.

**DATED September 6, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**